# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER  08MJ1519-AJB-(04) |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Rogaciano Orozco-Flores | ) | Booking No. _____ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __6/3/08__
the Court entered the following order:

✓ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $_____ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
       _____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

✓ Case Dismissed.  (Oral mot of Gov't)

____ Defendant to be released to Pretrial Services for electronic monitoring.

____ Other._____

ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE
                    OR
W. SAMUEL HAMRICK, JR.  Clerk
by
         Y. MADUENO
         Deputy Clerk

Received _____
         DUSM

Crim-9  (Rev 6-95)

☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY